

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-16-00365-CV

_____

**CLYDE F. HILL,**

**Appellant**

 **v.**

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE, LLC,**

**Appellees**

_____

**From the County Court at Law No. 1**
**McLennan County, Texas**
**Trial Court No. 20160637CV1**

_____

## ORDER REQUESTING A RESPONSE

_____

Appellant has filed a motion for rehearing.

The Court requests a response from appellee to appellant's motion for rehearing.

Appellee's response is due within 14 days from the date of this order.


PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Response requested
Order issued and filed December 28, 2016

